

**MEMO ENDORSED**

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MELANIE SPEIGHT
*Assistant Corporation Counsel*
Phone: (212) 356-2425
Fax: (212) 356-3509
mspeight@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/2015

August 28, 2015

**VIA ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Street
New York, NY 10007

Re:  <u>Antonio Rodriguez, et al., v. City of New York, et al.</u>, 14-CV-3273 (VEC) (RLE)

Your Honor:

      I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants City of New York, Detective Barry, Sergeant Ovando, Sergeant Perez, Detective Smyth, and Lieutenant von Kessel in the above-referenced matter. By Order dated July 30, 2015, in light of the parties' settlement agreement, the Court Ordered that this case will be dismissed on September 7, 2015. By the same Order, the Court directed the parties to file a Stipulation of Settlement and Order of Dismissal that comports with Your Honor's Individual Practice Rules no later than August 28, 2015. Defendants have provided settlement documents to plaintiffs, but the parties are still in the process of executing the documents necessary to finalize their agreement, including the Stipulation of Settlement and Order of Dismissal that will be submitted to the Court for endorsement. However, defendants wish to preserve the opportunity to request that the Court retain jurisdiction over the parties' agreement. Defendants have inquired as to when plaintiffs will return the executed documents and whether an extension would be needed, but have not yet heard a response. Based upon the parties' previous cooperative communications regarding their settlement agreement, defendants do not anticipate any objections by plaintiffs to their request. Therefore, defendants respectfully request that the Court extend the parties' deadline for filing the stipulation of dismissal from August 28, 2015, until September 4, 2015.

Thank you for your consideration herein.

Application GRANTED.

SO ORDERED.

Date: August 28, 2015

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

        Respectfully submitted on behalf of the parties,

        /s/
Melanie Speight
*Assistant Corporation Counsel*

cc: <u>VIA ECF</u>
Vik Pawar
*Plaintiffs' Counsel*
20 Vesey Street, Suite 1210
New York, NY 10007
(212) 571-0805
vik@pawarlaw.com